UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEX NADAL,

    Plaintiff,

v.

BRINK AND BRONK HOLDINGS, INC
d/b/a Hudsonville Grille Restaurant's, and
MICHAEL BRONKEMA,

    Defendants.
_____/

Case No. 1:25-cv-87

HON. JANE M. BECKERING

**ORDER**

    This is a civil action. Plaintiff filed a Motion for Entry of Default Judgment (ECF No. 12). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 15) on January 21, 2026, recommending that the motion be granted in part and denied in part. Specifically, the Magistrate Judge recommends that the motion be granted to the extent that Plaintiff seeks $192.00 in wages and an additional $192.00 in liquidated damages for the uncompensated work he did for Defendants, and that the motion otherwise be denied. In addition, the Magistrate Judge recommends that the Court enter an order requiring Plaintiff to notify the Court, within thirty days of the date of that order, whether he seeks an evidentiary hearing regarding his claim for compensatory damages. The Report and Recommendation was duly served on Plaintiff.[1] No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 15) is APPROVED and ADOPTED as the Opinion of the Court.

---

[1] Plaintiff is the only party that has appeared to date.

2

**IT IS FURTHER ORDERED** that the Motion for Entry of Default Judgment (ECF No. 12) is GRANTED to the extent that Plaintiff is awarded $192.00 in wages and an additional $192.00 in liquidated damages for the uncompensated work he did for Defendants, for the reasons stated in the Report and Recommendation. The motion is otherwise held in abeyance.

**IT IS FURTHER ORDERED** that Plaintiff shall, not later than March 9, 2026, move for an evidentiary hearing, if any, regarding his claim for compensatory damages.

**IT IS FURTHER ORDERED** that absent such motion from Plaintiff, the Court will deny the remaining relief sought in the Motion for Entry of Default Judgment (ECF No. 12) and enter a Default Judgment to close this case.

Dated: February 6, 2026      /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge